# ReedSmith

**David E. Wilks**
Direct Phone: +1 302 778 7560
Email: dwilks@reedsmith.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575

May 22, 2007

**BY HAND DELIVERY**

Peter T. Dalleo
Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: <u>Somerset Pharmaceuticals, Inc. v. Jon W. Dudas</u>

Dear Mr. Dalleo:

We have filed today a complaint and motion for preliminary injunction on behalf of Somerset Pharmaceuticals, Inc. Because we seek relief on an expedited basis, we respectfully request that this matter be brought to the attention of the duty judge. It is our hope that the Court will convene a scheduling conference in the very near future.

Thank you very much for your kind consideration. Please do not hesitate to contact me with any questions or comments you may have.

Very truly yours,

David E. Wilks

DEW:me