IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, in his official capacity )<br>   as Under Secretary of Commerce for )<br>   Intellectual Property and Director of the )<br>   United States Patent and Trademark Office, )<br>)<br>Defendant. )<br>) | C.A. No. 07-00279-UNA |

**PLAINTIFF'S CORPORATE DISCLSOURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Somerset Pharmaceuticals, Inc. hereby discloses that its parent corporations are Mylan Laboratories, Inc. and Watson Pharmaceuticals, Inc.

Dated: May 23, 2007

Respectfully submitted,

/s/ *David E. Wilks*
David E. Wilks
Del. Bar I.D. 2793
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Tel: (302) 775-7560

John M. Faust
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C 20004-1008
Tel: (202) 639-6500
Fax: (202) 639-6604

Attorneys for Plaintiff

-2-

## CERTIFICATE OF SERVICE

On this 23RD day of May, 2007, I caused to be served a copy of the foregoing Plaintiff's Disclosure Statement, as follows:

**BY HAND DELIVERY**

Jon W. Dudas
Undersecretary of the United States Department of Commerce
 and Director of the United States Patent and Trademark
Madison Building East, Room 10B20
600 Dulany Street
Alexandria, Virginia 22314

_____
(Del. Bar # 2793)

Austin: 831987v1