IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC.<br><br>v.<br><br>JON W. DUDAS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office | C.A. No. 07-00279-UNA |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Christopher L. Keough to represent Plaintiff, Somerset Pharmaceuticals, Inc. in this matter.

Dated: May 23, 2007

Respectfully submitted,

/s/ *David E. Wilks*
David E. Wilks
Del. Bar I.D. 2793
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware  19801
Tel:  (302) 775-7560
Fax: (302) 778-7575

Attorneys for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERD counsel's motion for admission pro hac vice is granted.

Dated: _____            _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: May 18, 2007

_____
Christopher L. Keough
District of Columbia Bar No. 436567
VINSON & ELKINS LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004-1008
Tel: (202) 639-6745
Fax: (202) 879-8945

Austin: 829921v1