# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575

**David E. Wilks**
Direct Phone: 302.778.7560
Email: dwilks@reedsmith.com

June 4, 2007

BY HAND DELIVERY

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re: <u>Somerset Pharmaceuticals, Inc. v. Dudas, C.A. No. 07-279 (GMS)</u>

Dear Judge Sleet:

This office represents the plaintiff in this matter. On May 22, 2007, we filed a complaint, motion for preliminary injunction and opening brief in support of that motion seeking, *inter alia*, an interim patent term extension with respect to a patent which is currently set to expire in August. We served the appropriate parties the same day and provided courtesy copies to the attorneys responsible for the defense of this case.

Over the course of the past week, we have, to no avail, made numerous attempts to discuss a schedule for the briefing and presentation of our motion for preliminary injunction with the member of the United States Attorney's Office responsible for this case. According to Local Rule 7.1.2, defendant's answering brief is due on June 6, 2007. As an accommodation, we propose that defendant file its brief no later than June 11, 2007, we file our reply brief by June 18, 2007 and that oral argument be held the week of June 25, 2007.

We respectfully request that, in the event this proposed schedule is acceptable, the Court enter it as an order. Thank you for Your Honor's consideration of this request. We are prepared to respond to the Court's questions and comments at Your Honor's convenience.

Respectfully submitted,

David E. Wilks / by JJB

David E. Wilks

DEW:me

cc: Patricia C. Hannigan, Esquire (by hand-delivery)
Janet Gongola, Esquire (by U.S. mail)