

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277 x 156
FAX (302) 573-6220
TTY (302) 573-6274
Toll Free (888) 293-8162
Patricia.Hannigan@usdoj.gov

June 5, 2007

**VIA CM/ECF**

Honorable Gregory M. Sleet
District Judge
United States District Court
J Caleb Boggs Federal Bldg
844 King Street, Room 4324
Lockbox 19
Wilmington, Delaware 19801

    RE:    **Somerset Pharmaceuticals, Inc v. Jon W. Dudas**
            **Civil Action No. 07-279-GMS**

Dear Judge Sleet:

     I write to advise that the United States, on behalf of Defendant Jon W. Dudas in his official capacity, is agreeable to the briefing schedule proposed by letter yesterday from David E. Wilks, representing Somerset Pharmaceuticals, Inc., plaintiff in the referenced matter. A form of Order showing the proposed dates is enclosed, for the convenience of the Court.

     I am, of course, available if Your Honor has questions or comments.

                                Respectfully

                                COLM F. CONNOLLY
                                United States Attorney

                        By: /s/Patricia C. Hannigan
                           Patricia C. Hannigan
                           Assistant United States Attorney

PCH:md
Attachment

cc:     David E. Wilks, Esquire/VIA CM/ECF
          Janet Gongola, Esquire/VIA U.S. Mail

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOMERSET PHARMACEUTICALS, INC.    :
                                  :
         Plaintiff                :
                                  :
    v.                            :    Civil Action No. 07-279-GMS
                                  :
JON W. DUDAS,                     :
*in his official capacity as Under* :
*Secretary of Commerce for Intellectual* :
*Property and Director of the United* :
*States Patent and Trademark Office* :

## ORDER

AND NOW, this _____ day of _____, 2007, having heard and considered the parties' proposed briefing schedule, it is hereby ordered:

1. Defendant's Answering Brief in Opposition to Plaintiff's Motion for Preliminary Injunction shall be served and filed on or before June 11, 2007;

2. Plaintiff's Reply Brief in Support of its Motion for Preliminary Injunction, if any, shall be served and filed on or before June 18, 2007.

_____
HONORABLE GREGORY M. SLEET
District Judge
United States District Court