# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575

**David E. Wilks**
Direct Phone:  302.778.7560
Email:  dwilks@reedsmith.com

June 18, 2007

BY CM/ECF

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

> **Re:**    **Somerset Pharmaceuticals, Inc. v. Dudas, C.A. No. 07-279 (GMS)**

Dear Judge Sleet:

This office represents Somerset Pharmaceuticals, Inc., the plaintiff in this matter.  On May 22, 2007, we filed a complaint, motion for preliminary injunction and opening brief in support of that motion seeking, *inter alia*, an interim patent term extension with respect to a patent which is currently set to expire in August.  The defendant has filed its answering brief and today we filed our reply brief on the motion for preliminary injunction.  The motion is therefore ripe for Your Honor's consideration.

While we are content that the parties' briefs adequately treat the issues presented, we respectfully request that in the event that the Court is inclined to hear oral argument, that a hearing be scheduled in an expedited manner in order that Somerset's highly time-sensitive and valuable patent rights may be preserved.

Thank you for Your Honor's consideration of this request.  We are prepared to respond to the Court's questions and comments at Your Honor's convenience.

Respectfully submitted,

/s/ David E. Wilks

David E. Wilks
Del. Bar I.D. 2793

DEW:me

cc:    Patricia C. Hannigan, Esquire (by hand-delivery)
       Janet Gongola, Esquire (by U.S. mail)

NEW YORK ◆ LONDON ◆ CHICAGO ◆ PARIS ◆ LOS ANGELES ◆ WASHINGTON, D.C. ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH ◆ OAKLAND

MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ BIRMINGHAM ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

r e e d s m i t h . c o m

WILLIB-54046.1-DEWILKS