IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-279 |
| ) | |
| JON W. DUDAS, in his official capacity ) | |
| as Under Secretary of Commerce for Intellectual Property ) | |
| and Director of the United States Patent and Trademark Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

At Wilmington, this 29th day of June, 2007, having reviewed and duly considered the plaintiff's motion for a preliminary injunction, and the additional forms of relief requested therewith;

IT IS ORDERED that said motion (D.I. 2) is DENIED.

    /s/ Gregory M. Sleet_____
UNITED STATES DISTRICT JUDGE