IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN W. DUDAS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civ. No.: 07-279-GMS <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Somerset Pharmaceuticals, Inc. ("Somerset"), parties in the action bearing District Civil Action No.: 007-279-GMS, by and through their undersigned counsel, pursuant to 28 U.S.C. §§158 and 1291, Rules 3, 4(a) and 6 of the Federal Rules of Appellate Procedure, appeals as of right to the United States Court of Appeals for the Federal Circuit from the Order dated June 29, 2007 denying Somerset Pharmaceuticals, Inc.'s motion for a preliminary injunction entered by the United States District Court for the District of Delaware in this case (the "Order").

The names of all parties to the Order appealed from and the names, address and telephone numbers of their respective attorneys are as follows:

Parties

Somerset Pharmaceuticals, Inc.:

Counsel of Record:

David E. Wilks, Esquire (No. 2793)
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Tel.: (302) 778-7500
Fax: (302) 778-7575

and

                            Tracey B. Davies, Esquire
                            Chad P. Ennis, Esquire
                            Christopher L. Keough, Esquire
                            Margaret J. Sampson, Esquire
                            John M. Faust, Esquire
                            VINSON & ELKINS, LLP
                            The Willard Office Building
                            1455 Pennsylvania Avenue, N.W.
                            Suite 600
                            Washington, D.C. 20004-1008
                            Tel: (202) 639-6727
                            Fax: (202) 879-8927

JOHN W. DUDAS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office:    Patricia C. Hannigan, Esquire
                            Assistant United States Attorney
                            1007 Orange Street, Suite 700
                            Wilmington, Delaware 19801
                            Telephone: (302) 573-6577

Dated: July 2, 2007                  Respectfully submitted,

                          By: /s/ David E. Wilks
                            David. E. Wilks, Esquire (No. 2793)
                            **REED SMITH LLP**
                            1201 N. Market Street, Suite 1500
                            Wilmington, Delaware 19801
                            Tel.: (302) 778-7500
                            Fax: (302) 778-7575

                            John M. Faust
                            **VINSON & ELKINS L.L.P.**
                            1455 Pennsylvania Avenue, N.W.
                            Suite 600
                            Washington, D.C. 20004-1008
                            Tel. 202.639.6500
                            Fax 202.639.6604

                            Counsel for Plaintiff
                            Somerset Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

On this 2d day of June, 2007, I caused to be served a copy of the foregoing Notice of Appeal in the manners indicated:

**BY U.S. MAIL:**
John W. Dudas
Under Secretary of the United States Department of Commerce
  and Director of the United States Patent and Trademark Office
Madison Building East, Room 10B20
600 Dulany St.
Alexandria, Virginia 22314

**BY U.S. MAIL:**
John Whealan
Office of the Solicitor
Director of the United States Patent and Trademark Office
Madison Building East, Room 10B20
600 Dulany Street
Alexandria, Virginia 22314

**BY U.S. MAIL AND ECF:**
Patricia C. Hannigan, Esquire
United States Attorney
District of Delaware
700 Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

By: /s/ David E. Wilks
  David E. Wilks, Esquire (No. 2793)
  *Attorney for Plaintiff*