IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, in his official capacity )<br>as Under Secretary of Commerce for )<br>Intellectual Property and Director of the )<br>United States Patent and Trademark Office, )<br>)<br>Defendant. ) | C.A. No.: 07-279 (GMS) |

**MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiff Somerset Pharaceuticals, Inc. hereby respectfully moves the Court for a temporary restraining order and preliminary injunction requiring the United States Patent and Trademark Office (the "PTO") to undertake any and all measures necessary to extend before August 17, 2007 the term of United States Reissue Patent No. 34,579 until such time as there is a final non-appealable judgment on Plaintiff's claim for judicial review of the PTO's July 12, 2007 Denial of Somerset's Application for Extension of the Patent Term of United States Reissue Patent No. 34,579 under 35 U.S.C. § 156. The grounds for that motion are set forth in detail in plaintiff's opening brief filed contemporaneously herewith.

REED SMITH LLP

By: /s/ David E. Wilks
David E. Wilks (Del. Bar # 2793)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Tel. 302.778.7560

and

                                            John M. Faust  
                                            VINSON & ELKINS L.L.P.  
                                            1455 Pennsylvania Avenue, N.W., Suite 600  
                                            Washington, D.C. 20004-1008  
                                            Tel. 202.639.6500

                                            *Attorneys for Plaintiff*

DATED: July 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, in his official capacity )<br>as Under Secretary of Commerce for )<br>    Intellectual Property and Director of the )<br>    United States Patent and Trademark Office, )<br>)<br>Defendant. ) | C.A. No.: 07-279 (GMS) |

## [PROPOSED] ORDER

This _____ day of _____, 2007, upon consideration of the motion of Plaintiff Somerset Pharmaceuticals, Inc. for a Temporary Restraining Order and Preliminary Injunction, and for good cause shown, it is hereby ORDERED that the Motion shall be, and it hereby is, GRANTED.

Accordingly, it is hereby ORDERED that:

The United States Patent and Trademark Office ("PTO") shall undertake any and all measures necessary to extend the term of United States Reissue Patent No. 34,579 until such time as there is a final, non-appealable judgment on Plaintiff's claim for judicial review of the PTO's July 12, 2007 Denial of Somerset's Application for Extension of the Patent Term of United States Reissue Patent No. 34,579 under 35 U.S.C. § 156. The Defendant shall comply with this Order as soon as possible, such that the patent is extended before August 17, 2007.

_____
Chief Judge Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JON W. DUDAS, in his official capacity ) <br> as Under Secretary of Commerce for ) <br> Intellectual Property and Director of the ) <br> United States Patent and Trademark Office, ) <br> ) <br> Defendant. ) | C.A. NO.: 07-279 (GMS) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2007, a copy of the foregoing **Motion for Temporary Restraining Order and Preliminary Injunction** was served on the following counsel of record via CM/ECF and Hand Delivery:

COLM CONNELLY
UNITED STATES ATTORNEY
Patricia C. Hannigan
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

                                                REED SMITH LLP

                                                /s/ David E. Wilks
                                               David E. Wilks (DE Bar ID #2793)