# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. NO.: 07-279 (GMS) |
| ) | |
| v. ) | |
| ) | |
| JON W. DUDAS, in his official capacity ) | |
| as Under Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| ) | |
| Defendant. ) | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of **Plaintiff's Motion for Leave to Amend Complaint**, **Motion for Temporary Restraining Order and Preliminary Injunction** and **Opening Brief in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction** were served via CM/ECF on July 19, 2007 and via Hand Delivery on July 20, 2007, on the following counsel of record:

COLM CONNELLY
UNITED STATES ATTORNEY
Patricia C. Hannigan
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

                                              REED SMITH LLP

                                              /s/ David E. Wilks
                                            David E. Wilks (DE Bar ID #2793)
                                            1201 Market Street, Ste. 1500
                                            Wilmington, DE 19801
                                            Telephone: (302) 778-7500