IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-279 (GMS) |
| ) | |
| JON W. DUDAS, in his official capacity ) | |
| as Under Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| ) | |
| Defendant. ) | |

**CERTIFIED COPY OF THE ADMINISTRATIVE RECORD
FOR U.S. REISSUE PATENT NO. 34,579 (SERIAL NO. 07/750,292)**

**(Volume 1)**

COLM F. CONNOLLY
United States Attorney

Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

OF COUNSEL:
    STEPHEN WALSH
    Acting Solicitor
    United States Patent and Trademark Office

    Janet Gongola
    Nathan Kelley
    William LaMarca
    Associate Solicitors
    United States Patent and Trademark Office
    P.O. Box 15667
    Arlington, Virginia 22215

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-279 (GMS) |
| ) | |
| JON W. DUDAS, in his official capacity ) | |
| as Under Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| ) | |
| Defendant. ) | |

**CERTIFIED COPY OF THE ADMINISTRATIVE RECORD
FOR U.S. REISSUE PATENT NO. 34,579 (SERIAL NO. 07/750,292)**

**(Volume 2)**

COLM F. CONNOLLY
United States Attorney

Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

OF COUNSEL:
   STEPHEN WALSH
   Acting Solicitor
   United States Patent and Trademark Office

   Janet Gongola
   Nathan Kelley
   William LaMarca
   Associate Solicitors
   United States Patent and Trademark Office
   P.O. Box 15667
   Arlington, Virginia 22215

   Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **July 24, 2007**, I electronically filed notification of the filing of the foregoing **CERTIFIED COPY OF THE ADMINISTRATIVE RECORD FOR U.S. REISSUE PATENT NO. 34,579 (SERIAL NO. 07/750,292)** with the Clerk of Court using CM/ECF which will send electronic notification of such filing to counsel of record. Two copies of the **ADMINISTRATIVE RECORD (Volumes 1 & 2)** will be served via hand-delivery upon counsel at:

**David E. Wilks, Esquire**
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7560
Fax: (302) 428-3996
dwilks@reedsmith.com

                    COLM F. CONNOLLY
                    United States Attorney

By: /s/Patricia C. Hannigan
     Patricia C. Hannigan
     Assistant United States Attorney
     Delaware Bar I.D. No. 2145
     The Nemours Building
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, DE 19899-2046
     (302) 573-6277
     Patricia.Hannigan@usdoj.gov