IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 07-279 (GMS) |
| ) | |
| v. ) | |
| ) | |
| JON W. DUDAS, in his official capacity ) | |
| as Under Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| ) | |
| Defendant. ) | |

## VERIFICATION

I, Melissa L. Goodhead, am the Vice President, Operations and Regulatory Affairs for Somerset Pharmaceuticals, Inc., the plaintiff in this action. I have read the allegations set forth in the Complaint and Proposed Amended Complaint filed in this action and verify under penalty of perjury that those allegations are true and correct to the best of my knowledge, information and belief.

_____
Melissa L. Goodhead

SWORN TO AND SUBSCRIBED before me this 25 day of July, 2007.

NOTARY PUBLIC - STATE OF FLORIDA
Amanda Zorc
Commission # DD630584
Expires: JAN. 17, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

_____
Notary Public

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SOMERSET PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO.: 07-279 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| JON W. DUDAS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, | ) ) ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the **Verification** were served via CM/ECF and Hand-Delivery on July 25, 2007, on the following counsel of record:

COLM CONNELLY
UNITED STATES ATTORNEY
Patricia C. Hannigan
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

                                               REED SMITH LLP

                                                  /s/ David E. Wilks
                                               David E. Wilks (DE Bar ID #2793)
                                               1201 Market Street, Ste. 1500
                                               Wilmington, DE 19801
                                               Telephone: (302) 778-7500