

# U.S. Department of Justice

United States Attorney's Office
District of Delaware

---

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277 x 156
FAX (302) 573-6220
TTY (302) 573- 6274
Toll Free (888) 293-8162
Patricia.Hannigan@usdoj.gov

August 1, 2007

**VIA CM/ECF**

Honorable Gregory M. Sleet
Chief District Judge
United States District Court
J Caleb Boggs Federal Bldg
844 King Street, Room 4324
Lockbox 19
Wilmington, Delaware 19801

    RE:    <u>**Somerset Pharmaceuticals, Inc v. Jon W. Dudas**</u>
              <u>**Civil Action No. 07-279-GMS**</u>

Dear Chief Judge Sleet:

    I write in response to a letter filed by Somerset with the Court yesterday. (See D.I. 30). In the third paragraph of Somerset's letter, Somerset represents that briefing is complete on its motion for a temporary restraining order and second preliminary injunction motion, (D.I. 22).

    Somerset's representation of the status of the briefing is not correct. Briefing is complete only as to the temporary restraining order part of Somerset's motion. Briefing is ongoing as to the second preliminary injunction portion of the motion. The government will file its responsive brief tomorrow, August 2, 2007, in accordance with Local Rule 7.1.2(b). Somerset will have until August 9, 2007, to file its reply under Local Rule 7.1.2(b).

    Thank you for Your Honor's attention to the status of the briefing. I am available if Your Honor has questions or comments.

                               Respectfully

                               COLM F. CONNOLLY
                               United States Attorney

                           By: <u>/s/Patricia C. Hannigan</u>
                               Patricia C. Hannigan
                               Assistant United States Attorney

PCH:md
cc:    David E. Wilks, Esquire/VIA CM/ECF
       Janet Gongola, Esquire/VIA U.S. Mail