IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SOMERSET PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN W. DUDAS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civ. No.: 07-279-GMS<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Somerset Pharmaceuticals, Inc. ("Somerset"), parties in the action bearing District Civil Action No.: 007-279-GMS, by and through their undersigned counsel, pursuant to 28 U.S.C. §§158 and 1291, Rules 3, 4(a) and 6 of the Federal Rules of Appellate Procedure, appeals as of right to the United States Court of Appeals for the Federal Circuit from the Order dated August 6, 2007 denying Somerset Pharmaceuticals, Inc.'s motion for a temporary restraining order and preliminary injunction entered by the United States District Court for the District of Delaware in this case (the "Order").

The names of all parties to the Order appealed from and the names, address and telephone numbers of their respective attorneys are as follows:

| Parties | Counsel of Record: |
|---|---|
| Somerset Pharmaceuticals, Inc.: | David E. Wilks, Esquire (No. 2793)<br>REED SMITH LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Tel.: (302) 778-7500<br>Fax: (302) 778-7575 |

         and

         Tracey B. Davies, Esquire
         Chad P. Ennis, Esquire
         Christopher L. Keough, Esquire
         Margaret J. Sampson, Esquire
         John M. Faust, Esquire
         VINSON & ELKINS, LLP
         The Willard Office Building
         1455 Pennsylvania Avenue, N.W.
         Suite 600
         Washington, D.C. 20004-1008
         Tel: (202) 639-6727
         Fax: (202) 879-8927

JOHN W. DUDAS, in his official capacity
as Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office: Patricia C. Hannigan, Esquire
         Assistant United States Attorney
         1007 Orange Street, Suite 700
         Wilmington, Delaware 19801
         Telephone: (302) 573-6577

Dated: August 6, 2007      Respectfully submitted,

        By: /s/ David E. Wilks
         David. E. Wilks, Esquire (No. 2793)
         **REED SMITH LLP**
         1201 N. Market Street, Suite 1500
         Wilmington, Delaware 19801
         Tel.: (302) 778-7500
         Fax: (302) 778-7575

         John M. Faust
         **VINSON & ELKINS L.L.P.**
         1455 Pennsylvania Avenue, N.W.
         Suite 600
         Washington, D.C. 20004-1008
         Tel. 202.639.6500
         Fax 202.639.6604

         Counsel for Plaintiff
         Somerset Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

On this 6th day of August, 2007, I caused to be served a copy of the foregoing Notice of Appeal as follows:

**BY U.S. MAIL:**
John W. Dudas
Under Secretary of the United States Department of Commerce
   and Director of the United States Patent and Trademark Office
Madison Building East, Room 10B20
600 Dulany St.
Alexandria, Virginia 22314

**BY U.S. MAIL:**
John Whealan
Office of the Solicitor
Director of the United States Patent and Trademark Office
Madison Building East, Room 10B20
600 Dulany Street
Alexandria, Virginia 22314

**BY U.S. MAIL AND ECF:**
Patricia C. Hannigan, Esquire
Assistant United States Attorney
District of Delaware
700 Nemours Building
1007 Orange Street
Wilmington, Delaware 19801

        By:    /s/ David E. Wilks
              David E. Wilks, Esquire (No. 2793)
              *Attorney for Plaintiff*