IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMERSET PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN W. DUDAS, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>　　　　　Defendant. | Civ. No.: 07-279-GMS |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between counsel for the parties, subject to approval of the Court, that the above-captioned matter is dismissed with prejudice. Each party agrees to bear its own costs.

| | |
|---|---|
| COLM F. CONNOLLY<br>United States Attorney | REED SMITH LLP |
| /s/ Patricia C. Hannigan<br>Patricia C. Hannigan (I.D. No. 2145)<br>1007 North Orange St., Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>Telephone: 302-573-6277<br>Facsimile: 302-573-6220<br>E-mail: patricia.hannigan@usdoj.gov | /s/ David E. Wilks<br>David E. Wilks (ID. No. 2793)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: 302-778-7500<br>Facsimile: 302-778-7575<br>E-mail: dwilks@reedsmith.com |

Dated: August 15, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge Gregory M. Sleet